~~SEALED~~

# United States District Court

_____MIDDLE_____ DISTRICT OF _____NORTH CAROLINA_____

UNITED STATES OF AMERICA

v.

JAMES ANTHONY SAVAGE,
also known as Mario James Racanelli, Egisto Grandoni,
Grandoni Egisot, Robert Toliano, M. John Delano, Greg
Eric Masonotti, John Racanelli and Mark Racanelli

**WARRANT FOR ARREST**

CASE NUMBER: 1:01m100-1

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest James Anthony Savage and bring him forthwith to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him with (brief description of offense)
Wire Fraud and Money Laundering

in violation of Title 18, United States Code, Section(s) 1343 and 1957.

Russell A. Eliason
Name of Issuing Officer

*Russell A. Eliason* (signature)
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

January 4, 2001 / Winston-Salem, North Carolina
Date and Location

(By) Deputy Clerk

Bail fixed at $_____

by _____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at LOS ANGELES, CA |||
| DATE RECEIVED 01/09/2001 | NAME AND TITLE OF ARRESTING OFFICER TONY SOLIS DEPUTY U.S. MARSHAL | SIGNATURE OF ARRESTING OFFICER James D. Underwood FOR SOLIS |
| DATE OF ARREST 08/23/2001 | | |