IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. | |
| JAMES ANTHONY SAVAGE, also known : | 1:01 CR 362-1 |
| as Mario J. Racanelli, John Racanelli, Mark : | |
| Racanelli, Grandoni Egistot, Egisto Grandoni, : | |
| Robert Toliano, M. John Delano, Greg Eric : | |
| Masonotti, and Max Marrache : | |
| MARGARET NATHALIE HANDSMAN, : | 1:01 CR 362-2 |
| also known as Marnie Handsman, Margaret : | SUPERSEDING |
| Racanelli, and Marnie Racanelli : | |

*********************************************************************

## MOTION TO STRIKE PORTIONS OF THE INDICTMENT

NOW COMES the defendant, by and through counsel and respectfully moves this Honorable Court to enter an Order striking portions of the indictment. As grounds for said Motion the defendant respectfully submits the following:

1. Federal Rules of Criminal Procedure 7(c)(1) provides that, "[t]he indictment shall be a plain, concise and definite written statement of the essential facts constituting the offense charged." (portions deleted).

2. In the above captioned matter the indictment contains paragraphs that constitute mere surplusage and information not essential to providing notice to the defendant regarding the offenses for which he is charged.

WHEREFORE, pursuant to Rule 7(d) of the Federal Rules of Criminal Procedure the

defendant respectfully moves that this court strike paragraphs 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, said paragraphs being contained in Count Two of the indictment.

This the 19th day of February, 2002.

_____
Nils E. Gerber
State Bar Number 17421
200 Brookstown Avenue, Suite 304
Winston-Salem, N.C. 27101
336-748-1400

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, on the 19th day of February, 2002 served the attached MOTION TO STRIKE PORTIONS OF THE INDICTMENT to the following person named below and by hand delivery:

>   Clifton Barrett
>   Assistant United States Attorney
>   Post Office Box 1858
>   Greensboro, N.C. 27402

This the 19th day of February, 2002.

Nils E. Gerber
State Bar Number 17421
200 Brookstown Avenue, Suite 304
Winston-Salem, N.C. 27101
336-748-1400