IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:01CR362-01 |
| ) | |
| JAMES ANTHONY SAVAGE, ) | |
| also known as Mario J. ) | |
| Racanelli, John Racanelli, Mark ) | |
| Racanelli, Grandoni Egistot, ) | |
| Egisto Grandoni, Robert Toliano, ) | |
| M. John Delano, Greg Eric ) | |
| Masonotti, and Max Marrache ) | |

## V E R D I C T

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>        GUILTY        </u>
(Guilty or Not Guilty)

of the crime charged in Count One of the Superseding Indictment. (Only if you answer "guilty" as to Count One, then see "Special Interrogatory" on page 8.)

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>        GUILTY        </u>
(Guilty or Not Guilty)

of the crime charged in Count Two of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>        GUILTY        </u>
(Guilty or Not Guilty)

of the crime charged in Count Three of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

_____GUILTY_____
(Guilty or Not Guilty)

of the crime charged in Count Four of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

_____GUILTY_____
(Guilty or Not Guilty)

of the crime charged in Count Five of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

_____GUILTY_____
(Guilty or Not Guilty)

of the crime charged in Count Six of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

_____GUILTY_____
(Guilty or Not Guilty)

of the crime charged in Count Seven of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

_____GUILTY_____
(Guilty or Not Guilty)

of the crime charged in Count Eight of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>        GUILTY        </u>
(Guilty or Not Guilty)

of the crime charged in Count Nine of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>        GUILTY        </u>
(Guilty or Not Guilty)

of the crime charged in Count Ten of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>        GUILTY        </u>
(Guilty or Not Guilty)

of the crime charged in Count Eleven of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>        GUILTY        </u>
(Guilty or Not Guilty)

of the crime charged in Count Twelve of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>        GUILTY        </u>
(Guilty or Not Guilty)

of the crime charged in Count Thirteen of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

                              GUILTY
                     (Guilty or Not Guilty)

of the crime charged in Count Fourteen of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

                              GUILTY
                     (Guilty or Not Guilty)

of the crime charged in Count Fifteen of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

                              GUILTY
                     (Guilty or Not Guilty)

of the crime charged in Count Sixteen of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

                              GUILTY
                     (Guilty or Not Guilty)

of the crime charged in Count Seventeen of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

                              GUILTY
                     (Guilty or Not Guilty)

of the crime charged in Count Eighteen of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

			__GUILTY__
			(Guilty or Not Guilty)

of the crime charged in Count Nineteen of the Superseding Indictment

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

			__GUILTY__
			(Guilty or Not Guilty)

of the crime charged in Count Twenty of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

			__GUILTY__
			(Guilty or Not Guilty)

of the crime charged in Count Twenty-One of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

			__GUILTY__
			(Guilty or Not Guilty)

of the crime charged in Count Twenty-Two of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

			__GUILTY__
			(Guilty or Not Guilty)

of the crime charged in Count Twenty-Three of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>         GUILTY         </u>
(Guilty or Not Guilty)

of the crime charged in Count Twenty-Four of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>         GUILTY         </u>
(Guilty or Not Guilty)

of the crime charged in County Twenty-Five of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>         GUILTY         </u>
(Guilty or Not Guilty)

of the crime charged in Count Twenty-Six of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>         GUILTY         </u>
(Guilty or Not Guilty)

of the crime charged in Count Twenty-Seven of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

<u>         GUILTY         </u>
(Guilty or Not Guilty)

of the crime charged in Count Twenty-Eight of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

GUILTY
(Guilty or Not Guilty)

of the crime charged in Count Twenty-Nine of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

GUILTY
(Guilty or Not Guilty)

of the crime charged in Count Thirty of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

GUILTY
(Guilty or Not Guilty)

of the crime charged in Count Thirty-One of the Superseding Indictment.

WE, the jury in the above-styled case, do find the Defendant James Anthony Savage

GUILTY
(Guilty or Not Guilty)

of the crime charged in Count Thirty-Two of the Superseding Indictment.

This the 21st day of March 2002.

*Linda Salguero*
Foreperson
(LINDA SALGUERO)

SPECIAL INTERROGATORY

Only if you answer Issue One "guilty," then answer the following:

A) We, the jury, find beyond a reasonable doubt that the Defendant used interstate carriers and interstate wire facilities to implement the fraudulent scheme.

Answer: __Yes__
Yes/ No

B) We, the jury, find beyond a reasonable doubt that the Defendant induced persons to travel in interstate commerce in the execution of the scheme to defraud.

Answer: __Yes__
Yes/ No

_____
Foreperson

8