IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JAMES ANTHONY SAVAGE,        )
                             )
            Petitioner,      )
                             )       1:09CV450
     v.                      )       1:01CR362-1
                             )
UNITED STATES OF AMERICA,    )
                             )
            Respondent.      )
```

**AMENDED JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Amended Judgment,

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's motion to vacate, set aside or correct sentence (Doc. 192) is DENIED and that this action be, and the same hereby is, DISMISSED WITH PREJUDICE. Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

                                    /s/ Thomas D. Schroeder
                                    United States District Judge

August 24, 2010