| Prob 22 (9/00) | **TRANSFER OF JURISDICTION** | FILED BY CGA D.C.<br>Jun 12, 2020<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - Fort Pierce | DOCKET NUMBER (Tran Court)<br>1:01CR362-1 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec Court)<br>20-14003-T/P-MOORE/MAYNARD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>James Anthony Savage<br>SD/FL | DISTRICT<br><br>Middle District of North Carolina | DIVISION<br><br>Greensboro |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable William L. Osteen | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>07/19/2019 | TO<br>07/18/2022 |

OFFENSE

18 U.S.C. 371, 1341, 1343 & 2314 Conspiracy: Mail Fraud, Wire Fraud and Interstate Transportation of Stolen Property (10 Counts)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**IT IS HEREBY ORDERED** that pursuant to 18U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF FLORIDA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 2, 2020
Date

*signature*
Chief United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/3/2020
Date

*Robin L. Rosenberg*
United States District Judge